FRANCIS J. LUONGO, an Infant, by His Guardian ad Litem, FRANK LUONGO, Appellant, v. CITY OF SYRACUSE et al., Respondents. FRANK LUONGO, Appellant, v. CITY OF SYRACUSE et al., Respondents.— Judgments reversed on the facts and a new trial granted in each action, with costs to the appellants to abide the event, on the ground that the verdicts are against the weight of evidence. All concur. (Appeal from a judgment of Onondaga Trial Term for defendants for no cause of action, in an action to recover damages for assault, false arrest, and malicious prosecution.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.